Rose Lebis, Appellant, v. Samuel L. Lebis, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. (See *Hoops* v. *Hoops*, 292 N. Y. 428.) Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Ross Industries Corporation et al., as Stockholders of Auditorium Conditioning Corporation, Suing on Their Own Behalf and on Behalf of All Other Stockholders Similarly Situated, Respondents, v. James A. Bentley et al., Appellants, et al., Defendants.— Order entered January 15, 1944, granting examination of defendants-appellants before trial and directing the production of books unanimously modified to provide for such examination and production of books, as to the Carrier Corporation, at the office of said corporation at Syracuse, New York, and as to York Ice Machine Corporation at the office of said corporation at York, Pennsylvania, without prejudice to a motion by the plaintiffs at the conclusion thereof to examine elsewhere concerning items of which evidence is not obtainable at Syracuse or York, the actual expenses of plaintiffs' attorney in attending each examination to be paid by the defendant to be examined. Said order is further unanimously modified to eliminate examination concerning allegations stricken out under the decision of Mr. Justice McGeehan of April 5, 1944, with leave to move to reinstate in the event that said decision is reversed or modified. As so modified the order is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Ross Industries Corporation et al., as Stockholders of Auditorium Conditioning Corporation, Suing on Their Own Behalf and on Behalf of All Other Stockholders Similarly Situated, Respondents, v. James A. Bentley et al., Appellants, et al., Defendants.— Order denying motion of defendants-appellants for judgment on the pleadings in favor of said defendants dismissing certain portions of the cause of action alleged in the complaint, unanimously affirmed, with ten dollars costs and disbursements to the respondents, with leave to the said defendants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Charles L. Eidlitz Co., Inc., et al., Respondents, v. John T. Carroll et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer, within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 754.]

The People of the State of New York ex rel. Fales Estate, Inc., Appellant, against Joseph Lilly et al., Constituting the Tax Commission of the City of New York, et al., Respondents. (Section 5, Block 1407, Lot 1, Premises 775 Park Ave., Manhattan, Assessments for 1941–1942 and 1942–1943.) — On all the evidence adduced we think the land values found by the court may be affirmed but the building values further reduced so that the proper values for land and building in the years in question are found to be as follows:

|  | Land | Building | Total |
| --- | --- | --- | --- |
| 1941–42 | $1,065,000 | $1,100,000 | $2,165,000 |
| 1942–43 | 1,025,000 | 1,080,000 | 2,105,000 |

Order, so far as appealed from, is modified accordingly and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to affirm. Settle order on notice.